## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

JANE DOE,                          §
                                   §
    *Plaintiff-Counter-Defendant,*     §
                                   §
v.                                 §    No.: 3:25-CV-00836
                                   §
CONNOR LEWIS GABRIEL and           §    JURY DEMANDED
KAIYA GABRIEL,                     §
                                   §
    *Defendants.*                     §

## PLAINTIFF'S ANSWER TO DEFENDANT KAIYA GABRIEL'S COUNTER-COMPLAINT

For her Answer to Defendant Kaiya Gabriel's Counter-Complaint, Plaintiff/Counter-Defendant Jane Doe states as follows:

11. Ms. Doe lacks knowledge or information sufficient to form a belief about the truth of this allegation.

12. Admitted that Ms. Doe was aware Gabriel was employed by Vanderbilt. Otherwise, denied.

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

17. Admitted that Ms. Doe communicated with Vanderbilt about Gabriel's misconduct and Gabriel's illicit access of Ms. Doe's patient information while Gabriel

was employed by Vanderbilt.  Otherwise, denied.

18.	Admitted that Ms. Doe threatened litigation.  Otherwise, denied.

19.	Ms. Doe lacks knowledge or information sufficient to form a belief about the truth of this allegation.

20.	Denied.

21.	Denied.

22.	Denied.

23.	The first clause of this allegation is denied.  Otherwise, Ms. Doe lacks knowledge or information sufficient to form a belief about the truth of this allegation.

24.	Denied that Ms. Doe tortiously interfered with Gabriel's alleged employment contract.  Otherwise, Ms. Doe lacks knowledge or information sufficient to form a belief about the truth of this allegation.

25.	Denied.

The remainder of the Counter-Complaint is Counter-Plaintiff Kaiya Gabriel's prayer for relief, which does not require a response.  To the extent a response is necessary, Ms. Doe denies all allegations of wrongdoing and denies that Gabriel is entitled to any relief under any theory.

## **AFFIRMATIVE DEFENSES**

1.	Gabriel's Counter-Complaint fails to state a claim upon which relief can be granted.

2.	Ms. Doe did not cause Gabriel's termination; rather, the termination at issue was caused by Gabriel's own misconduct.

Respectfully submitted,

/s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law

*Counsel for Doe*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, a copy of the foregoing was sent via certified USPS mail, postage prepaid, the Court's electronic filing system, or via email to the following:

CHICOYA M. SMITH
HALLIE GILLIAM
ORTALE KELLEY LAW FIRM
330 Commerce Street, Ste. 110
Nashville, TN 37201
csmith@ortalekelley.com
hgilliam@ortalekelley.com

*Counsel for Defendants/Counter-Plaintiff*

By:     /s/ Daniel A. Horwitz
        DANIEL A. HORWITZ, BPR #032176