# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JANE DOE,

        Plaintiff,

    v.

                                   **Civil Action 3:25-cv-836**
                                   **Chief Judge Sarah D. Morrison**

CONNOR LEWIS CAMPBELL, *et al.*,          **Magistrate Judge Chelsey M. Vascura**

        Defendants.

## ORDER

This matter is before the Court on Defendant Kaiya Gabriel's Objection to Plaintiff's Subpoena on Non-Party Vanderbilt University Medical Center and Motion for Protective Order (ECF No. 32).

The Preliminary Pretrial Order in this case provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court." (ECF No. 25.) Defendant failed to request a conference prior to filing her motion. Defendant's Objection and Motion (ECF No. 32) is therefore **DENIED WITHOUT PRJEUDICE**. Defendant may request an informal conference with the Court to address her objections to the subpoena by emailing Vascura_Chambers@ohsd.uscourts.gov and providing dates and times that all parties are available for a telephone conference.

According to Defendant's representations, the date for compliance with the subpoena was yesterday, January 22, 2026 (the same day Defendant filed her Objection and Motion). To the

extent that Vanderbilt University Medical Center ("Vanderbilt") has not already responded to the

subpoena, it is **ORDERED** that Vanderbilt shall not respond to the subpoena unless instructed to

do so by further order of the Court. Plaintiff is **ORDERED** to immediately serve a copy of this

Order on Vanderbilt.


       **IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE
