**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

JANE DOE,

        **Plaintiff,**

                                            **Civil Action 3:25-CV-00836**
                                            **Chief Judge Sarah D. Morrison**
     **v.**                                  **Magistrate Judge Chelsey M. Vascura**

**CONNOR LEWIS CAMPBELL,** *et al.*,

        **Defendants.**

<br>

**NOTICE**

<br>

**TAKE NOTICE** that a Telephonic Conference will be held before the Honorable Chelsey

M. Vascura on **APRIL 14, 2026, at 1:30 PM Central Time.**   The parties are directed to call

**1-646-828-7666,** enter Meeting ID **161 006 1565#**.   The Meeting Passcode is **568726#.**

<br>

                     *s/ Chelsey M. Vascura*_____
                    **CHELSEY M. VASCURA**
                    **UNITED STATES MAGISTRATE JUDGE**