UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE,

               Plaintiff,        :

     v.                                **Case No. 3:25-cv-836**
                                     **Chief Judge Sarah D. Morrison**
                                     **Magistrate Judge Chelsey M.**
**CONNOR LEWIS CAMPBELL,**               **Vascura**
*et al.*,                        :

               Defendants.

## ORDER

This matter is before the Court on Defendant Kaiya Gabriel's Motion to Substitute. (ECF No. 36.) Attorneys Chicoya M. Smith, Wendy L. Longmire, and Hallie Gilliam seek to withdraw as counsel for Ms. Gabriel, who in turn moves to substitute Attorney Amanda A. Coop as her counsel. (*Id.*)

Plaintiff Jane Done responded, stating that she did not object to the substitution; however, she has two requests related to Ms. Gabriel's current counsel. (ECF No. 37.) First, she asks the Court to retain jurisdiction over Ms. Gabriel's current counsel as it relates to Ms. Doe's pending request for sanctions (ECF No. 20, PAGEID # 103). (*Id.*) Second, Ms. Doe represents that Ms. Gabriel's current counsel offered to mediate, which Ms. Doe accepted, so she asks the Court to order the parties to mediate as agreed. (*Id.*)

As to Ms. Doe's first request, withdrawal from a case does not insulate counsel from sanctions for pre-withdrawal litigation conduct. *Kryder v. Estate of*

*Rogers*, 321 F. Supp. 3d 803, 806 (M.D. Tenn. 2018). The Court's jurisdiction to impose sanctions for an attorney's abuse of the judicial process is "ever present." *Spradlin v. Richard*, 572 F. App'x 420, 427–28 (6th Cir. 2014). Thus, the Court retains jurisdiction over Ms. Gabriel's current counsel for any sanctions that may be imposed for pre-withdrawal conduct.

As to Ms. Doe's second request, the parties are **ORDERED** to mediate this case. The parties are **DIRECTED** to notify the Court within 14 days as to whether they prefer to mediate with a private mediator or with the Court's ADR program. If the parties choose the former, they are further **DIRECTED** to notify the Court of the date of the private mediation. Otherwise, the Magistrate Judge will assign a mediator to the case and schedule the mediation.

Defendant's Motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorneys Smith, Longmire, and Gilliam and add Attorney Amanda Coop as counsel for Defendant Gabriel.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2