# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| *Plaintiff/Counter-Defendant*, | § | |
| | § | |
| v. | § | No. 3:25-CV-00836 |
| | § | |
| CONNOR LEWIS CAMPBELL, | § | Judge: Sarah D. Morrison |
| | § | |
| *Defendant*, | § | Magistrate Judge: Chelsey M. Vascura |
| | § | |
| KAIYA GABRIEL, | § | **JURY DEMANDED** |
| | § | |
| *Defendant/Counter-Plaintiff*. | § | |

## NOTICE OF SCHEDULING MEDIATION

Ms. Doe, through counsel, notifies the Court that the Parties have agreed to schedule private mediation with mediator Michael Russell on July 30, 2026. *See* Doc. 39, Order (Mar. 30, 2026) (ordering the Parties to mediate this case and directing the Parties to notify the Court within 14 days as to whether they prefer to mediate with a private mediator or with the Court's ADR program and, if the latter, the date of the private mediation).

- 1 -

Respectfully submitted,

/s/Sarah L. Martin_____
DANIEL A. HORWITZ, BPR #032176
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
sarah@horwitz.law
(615) 739-2888

*Counsel for Plaintiff/Counter-Defendant Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, a copy of the foregoing was sent via the

Court's electronic filing system to the following:

Michael Patrick Taylor O'Neal
Courtney C. Williams
Gordon Rees Scully Mansukhani LLP
4020 Aspen Grove Drive, Suite 500
Franklin, TN 37067
TN 37067
poneal@grsm.com
ccwilliams@grsm.com

*Counsel for Defendant Lewis Campbell*

Amanda Beth Allen Coop
The Coop Firm
740 Conference Drive, C-31
Goodlettsville, TN 37072

*Counsel for Defendant/Counter-Plaintiff Kaiya Gabriel*

By:    /s/Sarah L. Martin
        Sarah L. Martin

- 3 -